HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Maryanne Latanyshyn,<br><br>    Plaintiff,<br><br>v.<br><br>Welkin, LLC, et. al.,<br><br>    Defendants. | Case No.: 2:17-CV-00006 - JLR<br><br>**STIPULATED MOTION TO AMEND COMPLAINT, AND ORDER [PROPOSED]**<br><br>*Noted for consideration: Wednesday, May 31, 2017* |

## STIPULATED MOTION TO AMEND COMPLAINT

The Parties, through their attorneys, stipulate to amendment of Plaintiff's Complaint as shown in the tracked changes on the amended complaint attached to this pleading.

DATED this 31rd day of May, 2017.

LAW OFFICES OF CHRIS FARIAS, PLLC

By: /s/ Chris Farias
    CHRIS FARIAS (WSBA #21743)
    Law Offices of Chris Farias
    1420 5th Ave., Suite 3000
    Seattle, WA 98101
    206.892.2201
    chris@chrisfariaslaw.com
    *Attorneys for Plaintiff Maryanne Latanyshyn*

Stipulation & Order
Amending Plaintiff's Complaint - 1

Law Offices of Chris Farias, PLLC
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
206.892.2201

KARR TUTTLE CAMPBELL

By: /s/ *Kathy L. Feldman*
By: /s/ *Nathan T. Paine*
Kathy L. Feldman, WSBA#15273
Nathan T. Paine, WSBA #34487
**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300, Seattle, WA 98104
Telephone: 206-223-1313
Fax: 206-682-7100
Email: kfeldman@karrtuttle.com
npaine@karrtuttle.com
*Attorneys for Defendants*

**ORDER GRANTING STIPULATED MOTION TO AMEND COMPLAINT**

Based on the foregoing, Plaintiff's motion to amend her complaint is GRANTED. Plaintiff shall file and serve a clean version of her amended complaint within fourteen (14) days of the date of this order.

DATED this 1st day of June, 2017.

_____
Hon. James L. Robart

Stipulation & Order
Amending Plaintiff's Complaint - 2

Law Offices of Chris Farias, PLLC
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
206.892.2201

1  Presented By:

2  LAW OFFICES OF CHRIS FARIAS, PLLC

3

4  By: /s/ Chris Farias
   CHRIS FARIAS (WSBA #21743)
5  Law Offices of Chris Farias
   1420 5th Ave., Suite 3000
6  Seattle, WA 98101
   206.892.2201
7  chris@chrisfariaslaw.com
   *Attorneys for Plaintiff Maryanne Latanyshyn*
8

9

10 Form Approved:

11 KARR TUTTLE CAMPBELL

12

13 By: */s/ Kathy L. Feldman*
   By: */s/ Nathan T. Paine*
14 Kathy L. Feldman, WSBA#15273
   Nathan T. Paine, WSBA #34487
15 KARR TUTTLE CAMPBELL
16 701 Fifth Avenue, Suite 3300, Seattle, WA 98104
   Telephone: 206-223-1313
17 Fax: 206-682-7100
   Email: kfeldman@karrtuttle.com
18         npaine@karrtuttle.com
   *Attorneys for Defendants Welkin LLC, Welkin WA LLC, and Hamish Orrick*
19

20

21

22

23

24

25

26
   Stipulation & Order
27 Amending Plaintiff's Complaint - 3                         Law Offices of Chris Farias, PLLC
                                                              1420 Fifth Avenue, Suite 3000
                                                              Seattle, WA 98101
                                                              206.892.2201

# CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2017, I caused the foregoing *Stipulated Motion to Amend Complaint, and Order Granting Motion to Amend Complaint* to be:

☒ e-mailed (per service agreement) to the following:

Kathy L. Feldman
Karr Tuttle Campbell
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
kfeldman@karrtuttle.com

/s/ Chris Farias
CHRIS FARIAS (WSBA #21743)
Law Offices of Chris Farias, PLLC
1420 5th Avenue, Suite 3000
Seattle, WA 98101
206.892.2201
chris@chrisfariaslaw.com

Stipulation & Order
Amending Plaintiff's Complaint - 4

Law Offices of Chris Farias, PLLC
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
206.892.2201