HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Maryanne Latanyshyn,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Welkin, LLC, et. al.,<br><br>　　　　Defendants. | Case No.: 2:17-CV-00006 - JLR<br><br>STIPULATED MOTION AND ORDER DISMISSING COMPLAINT WITH PREJUDICE<br><br>*Noted for consideration: July 5, 2017* |

**STIPULATED MOTION TO DISMISS**

　　The Parties, through their attorneys, stipulate to dismissal of Plaintiff's Complaint, with prejudice and without costs or fees to any party.

　　DATED this 5th day of July, 2017.

　　　　　　　　　　　　　　　　LAW OFFICES OF CHRIS FARIAS, PLLC


　　　　　　　　　　　　　　　　By: /s/ Chris Farias
　　　　　　　　　　　　　　　　　　CHRIS FARIAS (WSBA #21743)
　　　　　　　　　　　　　　　　　　Law Offices of Chris Farias
　　　　　　　　　　　　　　　　　　1420 5th Ave., Suite 3000
　　　　　　　　　　　　　　　　　　Seattle, WA 98101
　　　　　　　　　　　　　　　　　　206.892.2201
　　　　　　　　　　　　　　　　　　chris@chrisfariaslaw.com
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Maryanne Latanyshyn*

Stipulation & Order
Dismissing Complaint - 1

Law Offices of Chris Farias, PLLC
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
206.892.2201

KARR TUTTLE CAMPBELL


By:/s/ Kathy L. Feldman
By:/s/ Nathan T. Paine
   Kathy L. Feldman, WSBA#15273
   Nathan T. Paine, WSBA #34487
   **KARR TUTTLE CAMPBELL**
   701 Fifth Avenue, Suite 3300, Seattle, WA 98104
   Telephone: 206-223-1313
   Fax: 206-682-7100
   Email: kfeldman@karrtuttle.com
          npaine@karrtuttle.com
   *Attorneys for Defendants*

## ORDER GRANTING MOTION TO DISMISS

Based on the foregoing, Plaintiff's Complaint is dismissed, with prejudice and without costs or fees to any party.

DATED this 9th day of July, 2017.

_____
Hon. James L. Robart

Stipulation & Order
Dismissing Complaint - 2

Law Offices of Chris Farias, PLLC
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
206.892.2201

Presented By:

LAW OFFICES OF CHRIS FARIAS, PLLC

By: /s/ Chris Farias
CHRIS FARIAS (WSBA #21743)
Law Offices of Chris Farias
1420 5th Ave., Suite 3000
Seattle, WA 98101
206.892.2201
chris@chrisfariaslaw.com
*Attorneys for Plaintiff Maryanne Latanyshyn*

Form Approved:

KARR TUTTLE CAMPBELL

By: /s/ Kathy L. Feldman
By: /s/ Nathan T. Paine
Kathy L. Feldman, WSBA#15273
Nathan T. Paine, WSBA #34487
KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300, Seattle, WA 98104
Telephone: 206-223-1313
Fax: 206-682-7100
Email: kfeldman@karrtuttle.com
          npaine@karrtuttle.com
*Attorneys for Defendants Welkin LLC, Welkin WA LLC, and Hamish Orrick*

Stipulation & Order
Dismissing Complaint - 3

Law Offices of Chris Farias, PLLC
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
206.892.2201

# CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2017, I caused the foregoing *Stipulated Motion and Order Dismissing Complaint* to be:

☒   e-mailed (per service agreement) to the following:

Kathy L. Feldman
Karr Tuttle Campbell
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
kfeldman@karrtuttle.com

/s/ Chris Farias
CHRIS FARIAS (WSBA #21743)
Law Offices of Chris Farias, PLLC
1420 5th Avenue, Suite 3000
Seattle, WA 98101
206.892.2201
chris@chrisfariaslaw.com

Stipulation & Order
Dismissing Complaint - 4

Law Offices of Chris Farias, PLLC
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
206.892.2201